E-FILED
Friday, 03 September, 2004   10:40:43 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| WILLIAM E. MASTRONARDI, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 04-1145 |
| CATERPILLAR, INC., | ) |
| Defendant. | ) |

**MOTION OF THE PLAINTIFF, WILLIAM E. MASTRONARDI, REQUESTING AN EXTENSION OF TIME TO EFFECT SERVICE OF PROCESS UPON THE DEFENDANT AND A CONTINUANCE OF THE RULE 16 CONFERENCE**

COMES NOW, the Plaintiff, WILLIAM E. MASTRONARDI, by and through his attorney, James P. Baker, and respectfully requests that this Court: (a) postpone the Rule 16 Scheduling Conference now set for September 16, 2004; and (b) extend the time period available to the Plaintiff to effect service of process upon the Defendant. In support of this motion the Plaintiff, WILLIAM E. MASTRONARDI, states to the Court as follows:

1. That on May 7, 2004, the Plaintiff, WILLIAM E. MASTRONARDI, filed his complaint in the above captioned proceeding. According to his calculation he has under Rule 4(m) of the Federal Rules of Civil Procedure to and including Tuesday, September 7, 2004, within which to effect the service of process upon the Defendant.

2. That at the time he filed his complaint the Plaintiff was not represented by counsel and was at that time in the process of seeking out counsel. Following his initiation of this proceeding, he continued to make a diligent effort to secure counsel and recently has retained counsel to represent him.

3. That counsel for the Plaintiff has filed with this motion his entry of appearance in the above case.

4. That the Plaintiff deferred effecting service of process upon the Defendant until he was successful in securing counsel who could represent him in this proceeding. The delay in securing counsel was not the result of any lack of diligence on the part of the Plaintiff.

5. That counsel for the Plaintiff is now in the process of effecting service of process upon the Defendant through the personal service of its registered agent. He anticipates that service will be made either on Friday, September 3, 2004, or Tuesday, September 7, 2004.

6. That while the Plaintiff believes he will be successful in effecting service of process upon the Defendant in timely fashion, there is always some possibility due to matters beyond his control that service could be delayed. He therefore requests, pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, an extension of time to and including September 21, 2004, within which to effect service of process upon the Defendant.

7. That presently a Rule 16 Scheduling Conference is now scheduled for September 16, 2004. Given the fact that service of process has not been effected upon the Defendant, it is not likely that the Defendant will have entered its appearance prior to the time of the scheduling conference. The Plaintiff, therefore, requests that the scheduling conference be continued to a date approximately thirty (30) days following its presently scheduled date.

WHEREFORE, the Plaintiff, WILLIAM E. MASTRONARDI, pursuant to Rule 4(m) of the Federal Rules of Civil Procedure requests an extension of time to and including September 21, 2004,

within which to effect service of process upon the Defendant and that the Rule 16 Conference be rescheduled to a date certain approximately thirty (30) days following September 16, 2004.

                        WILLIAM E. MASTRONARDI

                        By: s/ James P. Baker
                             His Attorney

James P. Baker
Bar Number: 0097802
Baker, Baker & Krajewski, LLC
415 South Seventh Street
Springfield, Illinois 62701
Telephone: (217) 522-3445
Facsimile: (217) 522-8234
E-mail: carenbakerlaw@sbcglobal.net