ꜙO 40 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____CENTRAL_____ District of _____ILLINOIS_____

WILLIAM E. MASTRONARDI,
Plaintiff,

V.

**SUMMONS IN A CIVIL CASE**

CATERPILLAR, INC.
Defendant

CASE NUMBER: 04-1145

TO: (Name and address of Defendant)

CT CORPORATION
208 SOUTH LASALLE STREET
SUITE 814
CHICAGO, ILLINOIS 60604-1101

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

JAMES P. BAKER
BAKER, BAKER & KRAJEWSKI, LLC
415 SOUTH SEVENTH STREET
SPRINGFIELD, ILLINOIS 62701

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

John M. Waters                                              9-2-04

CLERK                                                        DATE

*R. Kings*

(By) DEPUTY CLERK

# Affidavit of Process Server

| William E. Mastronardi | vs | Caterpillar, Inc. | 04-1145 |
|---|---|---|---|
| PLAINTIFF/PETITIONER | | DEFENDANT/RESPONDENT | CASE # |

Being duly sworn, on my oath, I __Tracy Ellis__,
declare that I am a citizen of the United States, over the age of eighteen and not a party to this action.

**Service:** I served __Caterpillar, Inc.__
NAME OF PERSON/ENTITY BEING SERVED

with the (documents) ☐ Subpoena with $_____ witness fee and mileage
☒ __Summons & Pro-Se Complaint__

by serving (NAME) __Dawn Schultz (Process Specialist)__

at ☐ Home _____
☒ Business __208 S. LaSalle, Chicago, IL__
☒ on (DATE) __9-3-04__ at (TIME) __11:40A__

Thereafter copies of the documents were mailed by prepaid, first class mail on (DATE) _____
from (CITY) _____ (STATE) _____

**Manner of Service:**
☐ By Personal Service.
☒ By leaving, during office hours, copies at the office of the person/entity being served, leaving same with the person apparently in charge thereof,
namely __Dawn Schultz (Process Specialist)__
☐ By leaving a copy at the defendant's usual place of abode, with some person of the family or a person residing there, of the age of 13 years or upwards, and informing that person of the general nature of the papers,
namely _____
☐ By posting copies in a conspicuous manner to the address of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):
☐ Unknown at Address  ☐ Evading  ☐ Other: _____
☐ Address Does Not Exist  ☐ Service Cancelled by Litigant
☐ Moved, Left no Forwarding  ☐ Unable to Serve in a Timely Fashion

**Service Attempts:** Service was attempted on: ( ) ____ DATE TIME, ( ) ____ DATE TIME,
( ) ____ DATE TIME, ( ) ____ DATE TIME, ( ) ____ DATE TIME

**Description:**
☐ Male  ☒ White Skin  ☐ Black Hair  ☐ White Hair  ☐ 14-20 Yrs.  ☐ Under 5'  ☐ Under 100 Lbs.
☒ Female  ☐ Black Skin  ☒ Brown Hair  ☐ Balding  ☐ 21-35 Yrs.  ☐ 5'0"-5'3"  ☐ 100-130 Lbs.
☐ Yellow Skin  ☐ Blond Hair  ☒ 36-50 Yrs.  ☒ 5'4"-5'8"  ☒ 131-160 Lbs.
☐ Brown Skin  ☐ Gray Hair  ☐ Mustache  ☐ 51-65 Yrs.  ☐ 5'9"-6'0"  ☐ 161-200 Lbs.
☐ Glasses  ☐ Red Skin  ☐ Red Hair  ☐ Beard  ☐ Over 65 Yrs.  ☐ Over 6'  ☐ Over 200 Lbs.

OTHER IDENTIFYING FEATURES: _____

State of Illinois    County of Cook

SERVED BY LASALLE PROCESS SERVERS

Subscribed and sworn to before me,
a notary public, this __3__ day of __September__ 20__04__

NOTARY PUBLIC

OFFICIAL SEAL
ANDREW RAPHAEL
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 11-17-2007

NAPPS
CHARTER MEMBER NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS.