**E-FILED**
Thursday, 23 September, 2004  03:26:27 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| WILLIAM E. MASTRONARDI, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 04-1145 |
| | ) |
| CATERPILLAR INC., | ) |
| | ) |
| Defendant. | ) |

### ENTRY OF APPEARANCE

I, M. Andrew McGuire of Caterpillar Inc., hereby enter my appearance on behalf of Defendant CATERPILLAR INC. in the above-captioned matter. I certify that I am a member in good standing of the Bar of this Court.

DATED:     September 23, 2004

Respectfully submitted,

CATERPILLAR INC.

By _____
One of Its Attorneys

Joseph S. Turner
Anne E. Duprey
SEYFARTH SHAW LLP
55 Eats Monroe Street, Suite 4200
Chicago, Illinois 60603
(312-346-8000

M. Andrew McGuire
Attorney
Caterpillar Inc.
100 Northeast Adams Street
Peoria, Illinois 61629
309-675-4912

CH1 10792660.1

## CERTIFICATE OF SERVICE

I hereby certify that on September 23, 2004, I electronically filed the foregoing **ENTRY OF APPEARANCE** with the Clerk of the Court using the CM/ECF system which will send notification of such fiing to the following:

>James P. Baker
>Baker, Baker & Krajewski, LLC
>415 South Seventh Street
>Springfield, Illinois 62701

and I hereby certify that I have mailed by U.S. Postal Service the foregoing to the following non-CM/ECF participant:

>William Mastronardi
>2404 Montecello Court
>Pekin, Illinois 61554.

>Joseph S. Turner, No. 06195834
>Attorney for Defendant
>Seyfarth Shaw LLP
>55 East Monroe Street, Suite 4200
>Chicago, Illinois 60603
>312-346-8000
>312-269-8869 (FAX)
>jturner@seyfarth.com

CH1 10792660.1