IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | | |
|---|---|---|
| WILLIAM E. MASTRONARDI, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 04-1145 |
| | ) | |
| CATERPILLAR INC., | ) | |
| | ) | |
| Defendant. | ) | |

**ENTRY OF APPEARANCE**

I, Joseph S. Turner of Seyfarth Shaw LLP, hereby enter my appearance on behalf of Defendant CATERPILLAR INC. in the above-captioned matter. I certify that I am a member in good standing of the Bar of this Court.

DATED:   September 23, 2004

Respectfully submitted,

CATERPILLAR INC.

By _____
One of Its Attorneys

Joseph S. Turner
Anne E. Duprey
SEYFARTH SHAW LLP
55 Eats Monroe Street, Suite 4200
Chicago, Illinois 60603
(312-346-8000

M. Andrew McGuire
Attorney
Caterpillar Inc.
100 Northeast Adams Street
Peoria, Illinois 61629
309-675-4912

CH1 10792660.1

## CERTIFICATE OF SERVICE

I hereby certify that on September 23, 2004, I electronically filed the foregoing **ENTRY OF APPEARANCE** with the Clerk of the Court using the CM/ECF system which will send notification of such fiing to the following:

> James P. Baker
> Baker, Baker & Krajewski, LLC
> 415 South Seventh Street
> Springfield, Illinois 62701

and I hereby certify that I have mailed by U.S. Postal Service the foregoing to the following non-CM/ECF participant:

> William Mastronardi
> 2404 Montecello Court
> Pekin, Illinois 61554.

> Joseph S. Turner, No. 06195834
> Attorney for Defendant
> Seyfarth Shaw LLP
> 55 East Monroe Street, Suite 4200
> Chicago, Illinois 60603
> 312-346-8000
> 312-269-8869 (FAX)
> jturner@seyfarth.com

CH1 10792660.1