E-FILED
Monday, 18 October, 2004  04:25:29 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| WILLIAM MASTRONARDI,           )<br>                                                      )<br>        Plaintiff,                              )<br>                                                      )             Case No. 04-1145<br>        v.                                        )<br>                                                      )<br>CATERPILLAR, INC.,                  )<br>                                                      )<br>        Defendant.                          ) | |

REPORT OF RULE 26 PLANNING MEETING

Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure, a planning meeting was held with attorneys James P. Baker, for the Plaintiff, WILLIAM MASTRONARDI, and Joseph S. Turner, Seyfarth Shaw, for the Defendant, CATERPILLAR, INC.

TIME LIMITS AND SETTINGS ARE PROPOSED AS FOLLOWS:

    1.    Initial disclosures under Rule 26 to be made by November 30, 2004.

    2.    No motions to join other parties or to amend the pleadings to be filed after November 30, 2004.

    3.    All Plaintiffs are to identify testifying experts and to provide Rule 26 expert reports by May 1, 2005.   All Defendants are to identify testifying experts

and to provide Rule 26 expert reports by July 1, 2005.

4. The parties have until July 31, 2005, to complete fact and expert discovery. Any written discovery served subsequent to the date of this Order to be served by a date that allows the served party the full 30 days provided by the Federal rules of Civil Procedure in which to comply.

5. The parties have until August 31, 2005 to file dispositive motions. No dispositive motions filed after that date will be considered by the Court.

6. Final Pre-trial Conference is scheduled for _____ at __.m. before U.S. District Judge _____. All Motions in Limine to be filed on or prior to the Final Pre-Trial date. (See Local Rule 16.1 - Pre-Trial Procedures.)

7. Trial is scheduled for _____ at ____ a.m. on the trial calendar of U.S. District Judge _____.

8. If the parties consent to trial before U.S. Magistrate Judge Byron Cudmore, the final pre-trial date and trial date may be changed.

9. A settlement conference will be hosted by U.S. Magistrate Judge Cudmore in Springfield if jointly requested by the parties.

NOTE: A CONTINUANCE OF THE TRIAL DATE AND/OR FINAL PRE-TRIAL DATE, DOES NOT ALTER OR EXTEND ANY OF THE OTHER

ABOVE DATES.

APPROVED BY:

                          WILLIAM MASTRONARDI

                          BY:  s/ James P. Baker
                          One of His Attorneys

                          James P. Baker
                          Bar Number: 0097802
                          Baker, Baker & Krajewski LLC
                          415 South Seventh Street
                          Springfield, Illinois 62701
                          (217) 522-3445
                          (217) 522-8234 fax
                          E-Mail: carenbakerlaw@sbcglobal.net

                          CATERPILLAR, INC.

                          BY: s/ Joseph S. Turner
                          One of Its Attorneys

                          Joseph S. Turner
                          Bar Number: 6195834
                          Seyfarth Shaw
                          55 East Monroe Street
                          Suite 4200
                          Chicago, Illinois 60603
                          (312) 346-8000
                          (312) 269-8869 fax
                          E-mail: jturner@seyfarth.com

CERTIFICATE OF SERVICE

      I hereby certify that on October 18, 2004 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

>Joseph S. Turner
>Seyfarth Shaw
>55 East Monroe Street
>Suite 4200
>Chicago, Illinois 60603

and delivered by United States Mail, a copy in a sealed envelope, postage fully prepaid, to:

>Michael Andrew McGuire
>Caterpillar, Inc.
>100 NE Adams Street
>Peoria, Illinois 61629-7567

    s/ James P. Baker
        James P. Baker
        Bar Number: 0097802
        Baker, Baker & Krajewski LLC
        415 South Seventh Street
        Springfield, Illinois 62701
        (217) 522-3445
        E-Mail:carenbakerlaw@sbcglobal.net