# IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS
### PEORIA DIVISION

| | |
|---|---|
| **WILLIAM E. MASTRONARDI,**<br>　　　　　**Plaintiff,**<br><br>　　　v.<br><br>**CATERPILLAR INC.,**<br><br>　　　　　**Defendant.** | Case No. 04-1145 |

## ENTRY OF APPEARANCE

　　　　I, Anne E. Duprey of Seyfarth Shaw LLP, hereby enter my appearance on behalf of Defendant CATERPILLAR INC. in the above-captioned matter. I certify that I am a member in good standing of the Bar of this Court.

DATED:　　　July 22, 2005

　　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　CATERPILLAR INC.

　　　　　　　　　　　　　　　　　　　　　　　By   /s/ Joseph S. Turner_____
　　　　　　　　　　　　　　　　　　　　　　　　　　One of Its Attorneys

Joseph S. Turner
Anne E. Duprey
SEYFARTH SHAW LLP
55 Eats Monroe Street, Suite 4200
Chicago, Illinois 60603
(312-346-8000

M. Andrew McGuire
Attorney
Caterpillar Inc.
100 Northeast Adams Street
Peoria, Illinois 61629
309-675-4912

**CERTIFICATE OF SERVICE**

I hereby certify that on July 22, 2005, I electronically filed the foregoing **ENTRY OF APPEARANCE** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

> James P. Baker
> Baker, Baker & Krajewski, LLC
> 415 South Seventh Street
> Springfield, Illinois 62701

> /s/ Joseph S. Turner_____
> Joseph S. Turner
> Attorney for Defendant
> Seyfarth Shaw LLP
> 55 East Monroe Street, Suite 4200
> Chicago, Illinois 60603
> 312-346-8000
> 312-269-8869 (FAX)
> jturner@seyfarth.com