**E-FILED**
Tuesday, 26 July, 2005  01:43:14 PM
Clerk, U.S. District Court, ILCD

## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS
## PEORIA DIVISION

| | |
|---|---|
| **WILLIAM E. MASTRONARDI,** | |
| **Plaintiff,** | **Case No. 04-1145** |
| **v.** | **Judge Joe Billy McDade** |
| **CATERPILLAR, INC.,** | **Magistrate Judge Charles H. Evans** |
| **Defendant.** | |

### JOINT MOTION FOR EXTENSION OF TIME TO COMPLETE DISCOVERY

Defendant Caterpillar, Inc., and Plaintiff William E. Mastronardi, by and through their respective counsel, move for an extension of time to complete discovery from July 31, 2005 to September 29, 2005.  In support of their motion, the parties state as follows:

1.     The parties have exchanged initial written discovery requests and currently are working to answer written discovery and resolve issues regarding the same, which they expect to do by approximately late August, 2005.

2.     Once the parties have completed written discovery, Defendant intends to take Plaintiff's deposition (which originally was noticed to take place in July 2005 but has been postponed pending the completion of written discovery).  Defendant also may depose Plaintiff's health care providers if necessary.

3.     Plaintiff may depose a number of Defendant's current or former management employees.

4.     This is the first extension of time requested by either party, and it is not requested for purposes of undue delay or for any improper reason.

WHEREFORE, the parties respectfully request that the Court grant their motion and extend the time for completing discovery from July 31, 2005 to September 29, 2005.

Respectfully submitted,

WILLIAM E. MASTRONARDI                CATERPILLAR, INC.

By_____/s/James P. Baker_____          By_____/s/Joseph S. Turner_____
          One of His Attorneys                              One of Its Attorneys

James P. Baker                              Joseph S. Turner
Baker, Baker & Krajewski, LLC               Anne E. Duprey
415 South Seventh Street                    Seyfarth Shaw LLP
Springfield, Illinois 62701                 55 East Monroe Street
Telephone: 217-522-3445                     Suite 4200
                                            Chicago, Illinois  60603
                                            Telephone: 312-346-8000

July 26, 2005

## **CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that she has this day caused to be served a true and correct copy of the foregoing *Joint Motion for Extension of Time to Complete Discovery* via facsimile and first class mail upon the following counsel of record:

James P. Baker
Baker, Baker & Krajewski, LLC
415 South Seventh Street
Springfield, Illinois 62701

_

_____/s/ Anne E. Duprey_____
Anne E. Duprey

July 26, 2005