# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS
# PEORIA DIVISION

| | | |
|---|---|---|
| WILLIAM E. MASTRONARDI, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 04-1145 |
| | ) | |
| v. | ) | Judge Joe Billy McDade |
| | ) | |
| CATERPILLAR INC., | ) | Magistrate Judge Charles H. Evans |
| | ) | |
| Defendant. | ) | |

## ENTRY OF APPEARANCE

I, Anne E. Duprey of Seyfarth Shaw LLP, hereby enter my appearance on behalf of Defendant CATERPILLAR INC. in the above-captioned matter. I certify that I am a member in good standing of the Bar of this Court.

DATED:    September 27, 2005

                                            Respectfully submitted,

                                            CATERPILLAR INC.

                                            By   /s/ Anne E. Duprey
                                                  One of Its Attorneys

Joseph S. Turner
Anne E. Duprey
SEYFARTH SHAW LLP
55 Eats Monroe Street, Suite 4200
Chicago, Illinois 60603
(312-346-8000

M. Andrew McGuire
Attorney
Caterpillar Inc.
100 Northeast Adams Street
Peoria, Illinois 61629
309-675-4912

CH1 10929449.2

## CERTIFICATE OF SERVICE

I hereby certify that on September 27, 2005, I electronically filed the foregoing **ENTRY OF APPEARANCE** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

>James P. Baker
>Baker, Baker & Krajewski, LLC
>415 South Seventh Street
>Springfield, Illinois 62701

>/s/  Anne E. Duprey_____
>Joseph S. Turner
>Anne E. Duprey
>Attorneys for Defendant
>Seyfarth Shaw LLP
>55 East Monroe Street, Suite 4200
>Chicago, Illinois 60603
>312-346-8000
>312-269-8869 (FAX)
>jturner@seyfarth.com

CH1 10929449.2