## UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS
## PEORIA DIVISION

| | |
|---|---|
| WILLIAM E. MASTRONARDI, ) | |
| ) | |
| Plaintiff, ) | Case No. 04-1145 |
| ) | |
| v. ) | Judge Joe Billy McDade |
| ) | |
| CATERPILLAR INC., ) | Magistrate Judge Charles H. Evans |
| ) | |
| Defendant. ) | |

### JOINT MOTION FOR ENTRY OF AGREED PROTECTIVE ORDER

Defendant Caterpillar Inc. ("Caterpillar") and Plaintiff William E. Mastronardi ("Plaintiff"), by and through their respective counsel and pursuant to Fed. R. Civ. P. 26(c), hereby move for entry of the attached Agreed Protective Order. In support of their motion, the parties state:

1.  Plaintiff has propounded discovery requests for employee data other than his own, including compensation information, performance reviews, job histories, and other personal information, as well as Caterpillar job descriptions, handbook, operations, policies, and other sensitive and proprietary information.

2.  Caterpillar treats its employees' personnel information as confidential. For example, performance reviews, compensation information, and other personal data is known only to the employee, the employee's supervisors and/or department heads, and others with a need to know the information. Access to documents containing such information is highly restricted and contains personal and sensitive information inappropriate for distribution. Dissemination of this sort of private information serves no valid purpose and would compromise employee privacy interests and would publicize Caterpillar's otherwise confidential business practices. Caterpillar likewise treats its policy manuals, operational information, and job

CH1 10957492.1

descriptions as confidential and restricts access to these documents.  Access to such information is highly restricted and the documents contain information inappropriate for random distribution

3. Defendant has propounded discovery requests for Plaintiff's medical records and subsequent employment information.  Plaintiff wishes to protect the confidentiality of the requested documentation and information.

4. The parties have communicated with one another regarding the execution of the attached Agreed Protective Order.  The proposed Order permits counsel to review and use the confidential information with their clients and certain non-party witnesses, so long as these individuals agree not to disclose the confidential information.

5. The parties agree to these terms, and the parties have executed the Agreed Protective Order and request that it be entered by the Court.

WHEREFORE, Defendant Caterpillar Inc. and Plaintiff William E. Mastronardi submit the attached Agreed Protective Order and request that it be entered by the Court.

**DATED:  September 26, 2005**

Respectfully submitted,

| WILLIAM E. MASTRONARDI | CATERPILLAR INC. |
|---|---|
| By:____/s/ James P. Baker_____<br>James P. Baker<br>BAKER, BAKER & KRAJEWSKI, LLC<br>415 South Seventh Street<br>Springfield, Illinois 62701<br>(217) 522-3445 | By:_____/s/ Joseph S. Turner_____<br>Joseph S. Turner<br>Anne E. Duprey<br>SEYFARTH SHAW LLP<br>55 East Monroe Street<br>Chicago, Illinois 60603<br>(312) 346-8000<br><br>M. Andrew McGuire<br>CATERPILLAR INC.<br>100 NE Adams Street<br>Peoria, IL 61629-7130<br>(309) 494-1932 |

CH1 10957492.1

**CERTIFICATE OF SERVICE**

Joseph S. Turner, an attorney, certifies that he caused a true and correct copy of the foregoing JOINT MOTION FOR ENTRY OF AGREED PROTECTIVE ORDER and AGREED PROTECTIVE ORDER to be served upon:

>James P. Baker
>Baker, Baker & Krajewski, LLC
>415 South Seventh Street
>Springfield, Illinois 62701
>Telephone: (217) 522-3445

by having same placed in a properly addressed, postage prepaid envelope and deposited in the U.S. Mail at 55 East Monroe Street, Chicago, Illinois this 26th day of September, 2005.

>_____/s/ Joseph S. Turner_____
>Joseph S. Turner

CH1 10957492.1