E-FILED
Thursday, 13 April, 2006  02:58:12 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | | |
|---|---|---|
| WILLIAM E. MASTRONARDI, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 04-1145 |
| | ) | |
| CATERPILLAR, INC., | ) | |
| | ) | |
| Defendant. | ) | |

### MOTION OF THE PLAINTIFF, WILLIAM E. MASTRONARDI, REQUESTING AN EXTENSION OF TIME TO SUBMIT A STIPULATION OF DISMISSAL

COMES NOW, the Plaintiff, WILLIAM E. MASTRONARDI, by and through his attorney, James P. Baker, and respectfully requests an extension of time to and including April 28, 2006 within which to submit a stipulation of dismissal.  In support of this motion the Plaintiff, WILLIAM E. MASTRONARDI, states to the Court as follows:

1. That a stipulation of dismissal is owing to this Court on or about April 14, 2006.

2. That on March 29, 2006 the Plaintiff executed the settlement agreement in the above proceeding.  On March 30, 2006 the settlement agreement was sent to counsel for the Defendant.

3. On April 10, 2006 office of counsel for the Plaintiff emailed an inquiry to counsel for the Defendant regarding the status of executing the settlement agreement and issuing the settlement checks to the Plaintiff.

4. On April 13, 2006 an email was received from counsel for the Defendant requesting information and indicating that the settlement agreement was not yet executed.

5. That counsel for the Plaintiff expects that the settlement agreement will be executed shortly and a stipulation for dismissal will be submitted to the Court.

Wherefore, the Plaintiff, WILLIAM MASTRONARDI, respectfully requests an extension to and including April 28, 2006 within which to submit the stipulation of dismissal.

                                      WILLIAM E. MASTRONARDI

                                      By:   s/ James P. Baker
                                            His Attorney

James P. Baker
Bar Number: 0097802
Baker, Baker & Krajewski, LLC
415 South Seventh Street
Springfield, Illinois 62701
Telephone: (217) 522-3445
Facsimile: (217) 522-8234
E-mail: carenbakerlaw@sbcglobal.net

CERTIFICATE OF SERVICE

       I hereby certify that on April 13, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Joseph S. Turner
Seyfarth Shaw
55 East Monroe Street, Suite 4200
Chicago, Illinois   60603

Michael Andrew McGuire
Caterpillar, Inc.
100 NE Adams Street
Peoria, Illinois   61629-7567

                                           By:   s/ James P. Baker
                                                 James P. Baker
                                                 Bar Number: 0097802
                                                 Baker, Baker & Krajewski, LLC
                                                 415 South Seventh Street
                                                 Springfield, Illinois 62701
                                                 Telephone: (217) 522-3445
                                                 Facsimile: (217) 522-8234
                                                 E-mail: carenbakerlaw@sbcglobal.net