E-FILED
Tuesday, 09 May, 2006  09:15:01 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | | |
|---|---|---|
| WILLIAM E. MASTRONARDI, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 04-1145 |
| | ) | |
| CATERPILLAR, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**MOTION TO DISMISS**

COMES NOW the Plaintiff, William E. Mastronardi, by and through his attorney, James P. Baker, and in support of his motion to dismiss, states as follows:

1. That the parties have amicably settled this matter.

2. That it is the desire of the Plaintiff, William E. Mastronardi, that this matter be dismissed with prejudice and that this Court retain jurisdiction for the limited purpose of enforcing the terms of settlement in this matter [*See Kokkonen v. Guardian Life Insurance Company*, 511 U.S. 375, 114 S.Ct. 1673, 128 L.Ed.2d 391 (1994)].

3. That it is the desire of the Plaintiff, William E. Mastronardi, that this Court enter an Order indicating that each party is to bear its own costs.

WHEREFORE, the Plaintiff, William E. Mastronardi, respectfully requests that this matter be dismissed with each party to bear its costs and with the Court retaining jurisdiction for the limited purpose of enforcing settlement.

WILLIAM E. MASTRONARDI

By:   s/ James P. Baker

James P. Baker
Bar Number: 0097802
Baker, Baker & Krajewski, LLC
415 South Seventh Street
Springfield, Illinois 62701
Telephone: (217) 522-3445
Facsimile: (217) 522-8234
E-mail: brendabakerlaw@sbcglobal.net
(Stipulation/mastronardiwdismiss 050506)

## CERTIFICATE OF SERVICE

I hereby certify that on May 9, 2006 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Anne Duprey
Seyfarth Shaw, LLP
55 East Monroe Street, Suite 4200
Chicago, Illinois 60603


WILLIAM E. MASTRONARDI

By: s/ James P. Baker
James P. Baker
Baker, Baker & Krajewski, LLC
415 South Seventh Street
Springfield, Illinois 62701
Telephone: (217) 522-3445
Facsimile: (217) 522-8234
E-mail: brendabakerlaw@sbcglobal.net