E-FILED
Monday, 15 May, 2006  11:13:40 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| WILLIAM E. MASTRONARDI,   ) | |
| ) | |
| Plaintiff,   ) | Case No. 04-1145 |
| ) | |
| v.   ) | Judge Joe Billy McDade |
| ) | |
| CATERPILLAR INC.,   ) | Magistrate Judge Charles H. Evans |
| ) | |
| Defendant.   ) | |

### STIPULATION OF DISMISSAL

William E. Mastronardi and Caterpillar Inc., by their respective attorneys and pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, hereby stipulate to the dismissal, with prejudice, of this action, with each party to bear his or its own attorneys' fees and costs.

WILLIAM E. MASTRONARDI                CATERPILLAR INC.

By: /s James P. Baker                              By: /s Anne E. Duprey
   James P. Baker                                         Joseph S. Turner
   Baker, Baker & Krajewski, LLC                Anne E. Duprey
   415 South Seventh Street                        SEYFARTH SHAW LLP
   Springfield, Illinois 62701                         55 East Monroe Street
   (217) 522-3445                                         Suite 4200
                                                                   Chicago, Illinois 60603
                                                                   (312) 346-8000

May 15, 2006

CHI 11059919.1